

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARYANNE SHIPLEY, | § | No. 08-24-00105-CR |
| Appellant, | § | Appeal from the |
| v. | § | 433rd Judicial District Court |
| THE STATE OF TEXAS, | § | of Comal County, Texas |
| Appellee. | § | (TC# CR2018-292D) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF DECEMBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.